UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DARRYL ANTHONY ROBINSON,

        Plaintiff,                Case No. 1:11-cv-751

v.                               Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

        Defendants.
_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated:  July 29, 2011                /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge