UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL A. ROBINSON,

                Plaintiff,                Case No. 1:11-cv-751

v.                                                  Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

                Defendants.
_____/

## ORDER DENYING LEAVE TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

       This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On July 29, 2011 (docket ##3, 4), the Court entered an opinion and order denying Plaintiff leave to proceed *in forma pauperis* because he has "three strikes" within the meaning of 28 U.S.C. § 1915(g). Plaintiff has now filed a notice of appeal, though he has not paid the $455.00 appellate filing fee.

       As outlined in the Court's memorandum opinion and order denying him pauper status based on § 1915(g), Plaintiff is barred from proceeding *in forma pauperis* on this appeal. He therefore must pay the $455.00 appellate filing fee in a lump sum. Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee for appealing a civil action, which is $455.00, to the Clerk of this Court. Plaintiff's failure to comply with this order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals.

Dated: <u>September 12, 2011</u>        /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court

399 Federal Building

110 Michigan Street, NW

Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**