UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL A. ROBINSON,

       Plaintiff,                 Case No. 1:11-cv-751

v.                                    Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

       Defendants.

_____/

**JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: September 12, 2011            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District